```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14160
   JORGE A GALLO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9514


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/03/2008 and was not confirmed.

     The case was dismissed without confirmation 10/06/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 HFC                        UNSECURED        NOT FILED          .00           .00
 BENEFICIAL ILLINOIS        NOTICE ONLY      NOT FILED          .00           .00
 BARCLAYS CAPITAL REAL ES   CURRENT MORTG         .00           .00           .00
 BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE   30687.61            .00           .00
 HOMEQ                      NOTICE ONLY      NOT FILED          .00           .00
 HOMEQ                      NOTICE ONLY      NOT FILED          .00           .00
 HOMEQ                      PRIORITY         NOT FILED          .00           .00
 CAPITAL ONE                UNSECURED          521.60           .00           .00
 EM APPRAISALS              UNSECURED        NOT FILED          .00           .00
 ARROW FINANCIAL SERV       UNSECURED          551.02           .00           .00
 HOUSEHOLD CREDIT SERVICE   UNSECURED        NOT FILED          .00           .00
 NORTHWEST COMMUNITY        UNSECURED        NOT FILED          .00           .00
 WELLS FARGO BANK           NOTICE ONLY      NOT FILED          .00           .00
 CAPITAL ONE                UNSECURED             .00           .00           .00
 PAUL M BACH                DEBTOR ATTY      2,700.00                     2,598.40
 TOM VAUGHN                 TRUSTEE                                         201.60
 DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                 2,800.00

 PRIORITY                                             .00
 SECURED                                              .00
 UNSECURED                                            .00
 ADMINISTRATIVE                                  2,598.40
 TRUSTEE COMPENSATION                              201.60
 DEBTOR REFUND                                        .00
                        ---------------      ---------------
 TOTALS                  2,800.00               2,800.00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14160 JORGE A GALLO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/26/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 14160 JORGE A GALLO